## DOBO v. NEW HANOVER COUNTY BD. OF ADJUSTMENT

No. 416P91

Case below: 103 N.C.App. 664

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

## DUNLEAVY v. YATES CONSTRUCTION CO.

No. 449PA91

Case below: 103 N.C.App. 804

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1991 for the limited purpose of entering the following order: the case is remanded to the Court of Appeals for reconsideration in light of *Woodson v. Rowland*, 329 NC 330 (1991).

## GAMMON DESIGN/BUILD v. DURFEY-HOOVER-BOWDEN INS. AGENCY

No. 415P91

Case below: 103 N.C.App. 525

Petition by defendant (SSS Electric) for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

## GILL v. ERICKSON

No. 442P91

Case below: 103 N.C.App. 804

Petition by defendants (Gerald T. Erickson and wife, Monika O. Erickson) for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

## GODWIN v. N.C. DEPT. OF TRANSPORTATION

No. 448P91

Case below: 104 N.C.App. 138

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.